IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Massey, Sharon L

Printed: 9/3/08

Case Number: 08 B 06214
Judge: Wedoff, Eugene R
Filed: 3/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,414.87 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,057.91 |
| Trustee Fee: |  | 156.96 |
| Other Funds: |  | 0.00 |
| Totals: | 2,414.87 | 2,414.87 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 2,057.91 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 4. | Prairie Trail Credit Union | Secured | 8,422.63 | 200.00 |
| 5. | GRP Financial Services Corporation | Secured | 19,837.52 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 1,690.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,880.34 | 0.00 |
| 8. | Prairie Trail Credit Union | Unsecured | 711.17 | 0.00 |
| 9. | Loan Machine | Unsecured | 275.92 | 0.00 |
| 10. | Prairie Trail Credit Union | Unsecured | 1,100.02 | 0.00 |
| 11. | Prairie Trail Credit Union | Unsecured | 12,556.00 | 0.00 |
| 12. | Custom Collection | Unsecured | 345.00 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 1,265.61 | 0.00 |
| 14. | Devon Financial Services Inc | Unsecured | 348.60 | 0.00 |
| 15. | Paragon Way Inc | Unsecured | 477.00 | 0.00 |
| 16. | Professional Collection | Unsecured | 492.40 | 0.00 |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Marauder Corporation | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | Citron | Unsecured |  | No Claim Filed |
| 22. | Tex Collect/Colection Agency | Unsecured |  | No Claim Filed |
| 23. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 24. | Zenith Acquisition | Unsecured |  | No Claim Filed |
| 25. | Zenith Acquisition | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Massey, Sharon L | | Case Number: 08 B 06214 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | | Filed: 3/14/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 27. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,876.21 | $ 2,257.91 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.96 |
| | _____ |
| | $ 156.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____